# EXHIBIT

# A

# COVER SHEET

EFILED 1/8/2026 11:48 AM
CC-20-2026-C-16
Kanawha County Circuit Clerk
Cathy S. Gatson

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF KANAWHA COUNTY WEST VIRGINIA

**Chadwick Jones v. USAA INSURANCE AGENCY INC**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☐ Business ☑ Individual ☐ Government ☐ Other

**Judge:** Jennifer F. Bailey

## COMPLAINT INFORMATION

**Case Type:** Civil         **Complaint Type:** Other

**Origin:** ☑ Initial Filing    ☐ Appeal from Municipal Court    ☐ Appeal from Magistrate Court

**Jury Trial Requested:** ☐ Yes ☑ No    **Case will be ready for trial by:** _____

**Mediation Requested:** ☐ Yes ☑ No

**Substantial Hardship Requested:** ☐ Yes ☑ No

☐ Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

  ☐ Wheelchair accessible hearing room and other facilities

  ☐ Interpreter or other auxiliary aid for the hearing impaired

  ☐ Reader or other auxiliary aid for the visually impaired

  ☐ Spokesperson or other auxiliary aid for the speech impaired

  ☐ Other: _____

☐ I am proceeding without an attorney

☑ I have an attorney:    Anthony Bayliss, 3728 Teays Valley Rd , Hurricane, WV 25526

## SERVED PARTIES

**Name:**    USAA INSURANCE AGENCY INC

**Address:**    Corporation Service Company 808 Greenbrier Street, Charleston WV 25311

**Days to Answer:** 30                **Type of Service:** Sheriff - Including Copy Fee



West Virginia E-Filing Notice

CC-20-2026-C-16

Judge: Jennifer F. Bailey

**To:**  Anthony Bayliss
baylisslawoffices@gmail.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

Chadwick Jones v. USAA INSURANCE AGENCY INC

CC-20-2026-C-16

The following complaintwas FILED on 1/8/2026 11:48:11 AM

Notice Date:    1/8/2026 11:48:11 AM

Cathy S. Gatson

CLERK OF THE CIRCUIT COURT

Kanawha County

P.O. Box 2351

CHARLESTON, WV 25301

(304) 357-0440



West Virginia E-Filing Notice

CC-20-2026-C-16

Judge: Jennifer F. Bailey

**To:** USAA INSURANCE AGENCY INC
Corporation Service Company 808
Greenbrier Street
Charleston, WV 25311

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA
Chadwick Jones v. USAA INSURANCE AGENCY INC
CC-20-2026-C-16

The following complaintwas FILED on 1/8/2026 11:48:11 AM

Notice Date:     1/8/2026 11:48:11 AM

Cathy S. Gatson
CLERK OF THE CIRCUIT COURT
Kanawha County
P.O. Box 2351
CHARLESTON, WV 25301

(304) 357-0440



**null / ALL**
**Transmittal Number: 33075921**
**Date Processed: 01/13/2026**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Sandra Adams<br>United Services Automobile Association<br>9800 Fredericksburg Rd<br>San Antonio, TX 78288-0002 |
| **Electronic copy provided to:** | Carmen Solis<br>Jessica Perez Moncada<br>Laura Lopez |

| | |
|---|---|
| **Entity:** | USAA Insurance Agency, Inc.<br>Entity ID Number  3692530 |
| **Entity Served:** | USAA Insurance Agency Inc |
| **Title of Action:** | Jessie R. Jones vs. USAA Insurance Agency, Inc. |
| **Matter Name/ID:** | Jessie R. Jones vs. USAA Insurance Agency, Inc. (18455146) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Kanawha County Circuit Court, WV |
| **Case/Reference No:** | CC-20-2026-C-16 |
| **Jurisdiction Served:** | West Virginia |
| **Date Served on CSC:** | 01/12/2026 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Bayliss Law Offices<br>304-562-7810 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# SUMMONS

E-FILED | 1/8/2026 11:48 AM
CC-20-2026-C-16
Kanawha County Circuit Clerk
Cathy S. Gatson

## IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA
### Chadwick Jones v. USAA INSURANCE AGENCY INC

Service Type:    Sheriff - Including Copy Fee

NOTICE TO:    USAA INSURANCE AGENCY INC, Corporation Service Company 808, Greenbrier Street, Charleston, WV 25311
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Anthony Bayliss, 3728 Teays Valley Rd, , Hurricane, WV 25526

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 1/8/2026 11:48:11 AM | /s/ Cathy S. Gatson |
| Date | Clerk By BW |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_____, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-
in-fact authorized by appointment or statute to receive service of process for the individual.

　　☐ I have reviewed documentation authorizing the above-named person to accept service on
　　behalf of the individual named on the summons.

　　☐ I have not reviewed documentation authorizing the above-named person to accept service
　　on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| _____ | _____ |
| Date | Server's Signature |

 West Virginia E-Filing Notice

CC-20-2026-C-16

Judge: Jennifer F. Bailey

**To:** USAA INSURANCE AGENCY INC
Corporation Service Company 808
Greenbrier Street
Charleston, WV 25311

# NOTICE OF FILING

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA
Chadwick Jones v. USAA INSURANCE AGENCY INC
CC-20-2026-C-16

The following complaintwas FILED on 1/8/2026 11:48:11 AM

Notice Date:     1/8/2026 11:48:11 AM

Cathy S. Gatson
CLERK OF THE CIRCUIT COURT
Kanawha County
P.O. Box 2351
CHARLESTON, WV 25301

(304) 357-0440

E-FILED | 1/8/2026 11:48 AM
CC-20-2026-C-16
Kanawha County Circuit Clerk
Cathy S. Gatson

## IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

**JESSIE R. JONES, and**
**CHADWICK JONES, husband and wife,**
       **Plaintiffs,**

**v.**
                                        **Civil Action No.: 25-C-_____**
                                        **Judge _____**

**USAA INSURANCE AGENCY, INC.,**
**A Texas Corporation doing business**
**in the State of West Virginia,**
       **Defendant**

### COMPLAINT

      Comes now the Plaintiffs, Jessie R. Jones and Chadwick Jones, husband and wife, the

policy holders herein, and for their complaint against the Defendant, USAA Casualty Insurance

Company (hereinafter USAA), alleges and state as follows:

### PARTIES

1. Plaintiffs, Jessie R. Jones and Chadwick Jones, are citizens and residents of Kanawha County,

   West Virginia, residing at 330 Limestone Road, Charleston, West Virginia;

2. Defendant USAA Insurance Agency, Inc., is a finance and insurance carrier formed under the

   laws of the State of Texas with a principal place of business at 9800 Fredericksburg Road,

   San Antonio, Texas, 78288; USAA regularly and routinely does business in the State of West

   Virginia with its place of service designated as the  Corporation Service Company 808

   Greenbrier Street, Charleston, WV, 25311;

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to W. Va. Const. Art. VIII,

   § 6 and W. Va. Code § 51-2-2, because this is a civil case at law involving a contract dispute

   where the amount in controversy exceeds the statutory minimum;

4. This Court has personal jurisdiction over USAA, as it is a licensed insurance company doing business in the State of West Virginia;

5. This Court is the proper venue for this case. Venue is proper in the Circuit Court of Kanawha County pursuant to W. Va. Code § 14-2-2, as this action may be brought and prosecuted in the circuit court of Kanawha County;

## STATEMENT OF FACTS

6. Plaintiffs are the owner of real property located at 330 Limestone Road, Charleston, Kanawha County, West Virginia;

7. Plaintiff's property includes a retaining wall that was in good condition prior to the events giving rise to this action;

8. Plaintiff purchased a homeowner's insurance policy from USAA (the "Policy") that was in effect at all times relevant to this action;

9. Plaintiffs paid all premiums due under the Policy and otherwise complied with all conditions precedent under the Policy;

10. During the Policy period, January 9, 2024, a windstorm occurred that knocked over a portion of the retaining wall on Plaintiffs' property, causing significant damage;

11. Following the windstorm, Plaintiffs promptly filed a claim with USAA under the Policy for the damage to the retaining wall;

12. USAA denied Plaintiff' claim, citing an "act of God" exclusion in the Policy;

13. Plaintiffs contends that the windstorm damage to the retaining wall is a covered loss under the Policy and that USAA's denial of coverage based on the "act of God" exclusion is improper and without merit;

14. USAA's denial of coverage has caused Plaintiffs to incur significant expenses to repair or replace the damaged retaining wall, expenses that should have been covered under the Policy;

## CLAIMS FOR RELIEF

### Count I - Breach of Contract

15. Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 14 as if fully set forth herein;

16. Plaintiffs and USAA entered into a valid and enforceable contract for homeowner's insurance coverage;

17. The Policy constitutes a binding contract between Plaintiffs and USAA;

18. Plaintiffs performed all obligations required under the Policy, including the timely payment of all premiums;

19. USAA breached the Policy by denying coverage for the damage to Plaintiffs' retaining wall caused by the windstorm;

20. USAA's denial of coverage based on the "act of God" exclusion constitutes a breach of the Policy terms;

21. As a direct and proximate result of USAA's breach of contract, Plaintiffs have suffered damages, including but not limited to the cost of repairing or replacing the damaged retaining wall and other consequential damages;

### Count II - Declaratory Judgment

23. Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 22 as if fully set forth herein;

24. An actual controversy exists between Plaintiffs and USAA regarding the interpretation and application of the Policy terms, specifically whether the "act of God" exclusion applies to windstorm damage to Plaintiff's retaining wall;

25. The controversy is ripe for judicial determination as USAA has denied Plaintiffs' claim;

26. Plaintiffs have a legally protectable interest at stake, namely the right to receive the insurance benefits for which Plaintiffs paid premiums;

27. The issues involved are not purely theoretical but involve actual damages suffered by Plaintiffs;

28. Pursuant to W. Va. Code § 55-13-2 and W. Va. Code § 55-13-1, Plaintiffs are entitled to a declaration of rights, status, and legal relations under the Policy;

29. Plaintiffs seek a declaration that the "act of God" exclusion in the Policy does not apply to windstorm damage to the retaining wall and that such damage is covered under the Policy;

### Count III - Bad Faith Insurance Practices

30. Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 29 as if fully set forth herein;

31. USAA owed Plaintiffs a duty of good faith and fair dealing in handling Plaintiffs' insurance claim;

32. USAA breached this duty by unreasonably denying Plaintiffs' claim for coverage of the windstorm damage to the retaining wall;

33. USAA's denial of coverage was not based on a reasonable interpretation of the Policy terms or a proper investigation of the claim;

34. USAA's actions were willful, wanton, and in reckless disregard of Plaintiffs; rights under the Policy;

35. As a direct and proximate result of USAA's bad faith insurance practices, Plaintiffs have suffered damages, including but not limited to the cost of repairing or replacing the damaged retaining wall, consequential damages, and emotional distress;

**Count IV - Unfair Claims Settlement Practices**

37. Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 36 as if fully set forth herein;

38. USAA is an insurer subject to the provisions of W. Va. Code § 33-11-4 and W. Va. Code § 33-11-1;

39. USAA engaged in unfair claims settlement practices by:

    a. Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue;

    b. Failing to conduct a reasonable investigation based upon all available information;

    c. Refusing to pay Plaintiff's claim without conducting a reasonable investigation; and

    d. Not attempting in good faith to effectuate a prompt, fair, and equitable settlement of Plaintiff's claim in which liability had become reasonably clear.

40. USAA's unfair claims settlement practices were committed with such frequency as to indicate a general business practice;

41. As a direct and proximate result of USAA's unfair claims settlement practices, Plaintiffs have suffered damages, including but not limited to the cost of repairing or replacing the damaged retaining wall and other consequential damages;

**PRAYER FOR RELIEF**

*WHEREFORE,* Plaintiffs respectfully request that this Court enter judgment against Defendant USAA as follows:

A. A declaration that the "act of God" exclusion in the Policy does not apply to windstorm damage to Plaintiffs; retaining wall and that such damage is covered under the Policy;

B. Compensatory damages in an amount to be determined at trial, including the cost of repairing or replacing the damaged retaining wall;

C. Consequential damages resulting from USAA's denial of coverage;

D. Punitive damages in an amount to be determined at trial;

E. Pre-judgment and post-judgment interest;

F. Attorney's fees and costs incurred in bringing this action; and

G. Such other relief as the Court deems just and proper.

## JURY DEMAND

H.      Plaintiff demands a trial by jury on all issues so triable.

**JESSIE R. JONES and**
**CHADWICKWICK JONES**
**By Counsel**

/s/Shawn D. Bayliss
Shawn D. Bayliss, WVSB # 6863
Bayliss Law Offices
3728 Teays Valley Road
Hurricane, West Virginia 25526
(304) 562-7810
baylisslawoffices@gmail.com
*Counsel for Plaintiffs*

## **VERIFICATION**

STATE OF WEST VIRGINIA
COUNTY OF <u>KANAWHA</u>, to-wit:

      This day appeared before me <u>Jessie R. Jones and Chadwick A. Jones</u>, the Plaintiffs in the

foregoing <u>Complaint</u>, who having been duly sworn by me, on his/her oath did say that the facts

and allegations contained therein are true, except so far as they are therein stated to be on

information, and belief, that, so far as he/she knows and to the best of his/her knowledge,

information, and belief, the <u>Plaintiffs</u> believe them to be true and correct.

**JESSIE R. JONES**

**CHADWICK A. JONES**

Taken, sworn to and subscribed before me this _____ day of <u>January</u>, 2026.

My commission expires: <u>May 27, 2027</u>.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Autumn O Price
3726 Teays Valley Road
Hurricane, WV 25526
My Commission Expires May 27, 2027

NOTARY PUBLIC

**SUMMONS**

## IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA
### Chadwick Jones v. USAA INSURANCE AGENCY INC

Service Type:    Sheriff - Including Copy Fee

NOTICE TO:    USAA INSURANCE AGENCY INC, Corporation Service Company 808, Greenbrier Street, Charleston, WV 25311

Anthony Bayliss, 3728 Teays Valley Rd, , Hurricane, WV 25526

SERVICE:

| 1/8/2026 11:48:11 AM | /s/ Cathy S. Gatson |
| --- | --- |
| Date | Clerk Du BW |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☑ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_Carlie Elliot_____, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on
behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service
on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| 1-12-26 | |
| --- | --- |
| Date | Server's Signature |

### CC-20-2026-C-16
### Chadwick Jones v. USAA INSURANCE AGENCY INC

# SERVICE RETURN

 West Virginia E-Filing Notice

CC-20-2026-C-16

Judge: Jennifer F. Bailey

**To:**  Anthony Shawn D. Bayliss
baylisslawoffices@gmail.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA
Chadwick Jones v. USAA INSURANCE AGENCY INC
CC-20-2026-C-16

The following order - case was FILED on 1/21/2026 4:11:00 PM

Notice Date:     1/21/2026 4:12:18 PM

Cathy S. Gatson
CLERK OF THE CIRCUIT COURT
Kanawha County
P.O. Box 2351
CHARLESTON, WV 25301

(304) 357-0440



West Virginia E-Filing Notice

CC-20-2026-C-16

Judge: Jennifer F. Bailey

**To:** USAA INSURANCE AGENCY INC
Corporation Service Company 808
Greenbrier Street
Charleston, WV 25311

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA
Chadwick Jones v. USAA INSURANCE AGENCY INC
CC-20-2026-C-16

The following order - case was FILED on 1/21/2026 4:11:00 PM

Notice Date:     1/21/2026 4:12:18 PM

Cathy S. Gatson
CLERK OF THE CIRCUIT COURT
Kanawha County
P.O. Box 2351
CHARLESTON, WV 25301

(304) 357-0440

Ref. Code: 26XQOUP3X

## IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

Jessie R. Jones and Chadwick Jones,

       Plaintiffs,

v.                                           **Case No. 26-C-16**
                                           **Honorable Jennifer F. Bailey**

USAA Insurance Agency, Inc., a Texas Corporation
Doing business in the State of West Virginia,

       Defendant.

### VOLUNTARY RECUSAL ORDER

ON THIS DAY, the undersigned judge was assigned the above-captioned matter. Upon review of this matter, this Court now finds, for reasons apparent to this Court, voluntary recusal is appropriate pursuant to Rule 17.02 of the West Virginia Trial Court Rules and Rule 2.11 of the West Virginia Code of Judicial Conduct. For these reasons, this Court, upon its own motion, voluntarily recuses itself from this action. It is so **ORDERED**.

The Circuit Clerk shall distribute copies of this Order to all counsel of record.

ENTERED this _2·lst_ day of January, 2026.

                                          _Jennifer F. Bailey_
                           JENNIFER F. BAILEY, JUDGE



West Virginia E-Filing Notice

CC-20-2026-C-16

Judge: Richard D. Lindsay

**To:**  Anthony Shawn D. Bayliss
baylisslawoffices@gmail.com

---

# **NOTICE OF FILING**

---

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

Chadwick Jones v. USAA INSURANCE AGENCY INC

CC-20-2026-C-16

This notice of judge reassignment was FILED on 1/22/2026 8:13:06 AM

Notice Date:    1/22/2026 8:13:06 AM

Original Judge:  Jennifer F. Bailey

New Judge:    Richard D. Lindsay

Cathy S. Gatson

CLERK OF THE CIRCUIT COURT

Kanawha County

P.O. Box 2351

CHARLESTON, WV 25301

(304) 357-0440



West Virginia E-Filing Notice

CC-20-2026-C-16

Judge: Richard D. Lindsay

**To:** USAA INSURANCE AGENCY INC
Corporation Service Company 808
Greenbrier Street
Charleston, WV 25311

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA
Chadwick Jones v. USAA INSURANCE AGENCY INC
CC-20-2026-C-16

This notice of judge reassignment was FILED on 1/22/2026 8:13:06 AM

Notice Date:    1/22/2026 8:13:06 AM

Original Judge:   Jennifer F. Bailey
New Judge:    Richard D. Lindsay

Cathy S. Gatson
CLERK OF THE CIRCUIT COURT
Kanawha County
P.O. Box 2351
CHARLESTON, WV 25301

(304) 357-0440

# Case Docket Entries

CC-20-2026-C-16

| Court: | **Circuit** | County: | **20 - Kanawha** | Created Date: | **1/8/2026** | Security Level: | **Public** |
|---|---|---|---|---|---|---|---|
| Judge: | **Richard D. Lindsay** | Case Type: | **Civil** | Case Sub-Type: | **Other** | Status: | **Open** |

Related Cases:

Style:    **Chadwick Jones v. USAA INSURANCE AGENCY INC**

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 1/8/2026 11:48:15 AM | E-Filed | | Complaint |
| | 1-1  1/8/2026 | Civil Case Information Statement | | |
| | 1-2  1/8/2026 | Complaint - Civil Complaint | | |
| | 1-3  1/8/2026 | Transmittal - Sent to Kanawha County Sheriff for Service 1/8/26 BW | | |
| | 1-4  1/8/2026 | Summons | | |
| 2 | 1/8/2026 11:48:15 AM | Judge Assigned | J-20017 | Jennifer F. Bailey |
| 3 | 1/8/2026 11:48:15 AM | Party Added | P-001 | Chadwick Jones |
| 4 | 1/8/2026 11:48:15 AM | Party Added | P-002 | Jessie R Jones |
| 5 | 1/8/2026 11:48:15 AM | Party Added | D-001 | USAA INSURANCE AGENCY INC |
| 6 | 1/8/2026 11:48:15 AM | Attorney Listed | P-001 | A-6863 - Anthony Shawn D. Bayliss |
| 7 | 1/8/2026 11:48:15 AM | Attorney Listed | P-002 | A-6863 - Anthony Shawn D. Bayliss |
| 8 | 1/8/2026 11:48:15 AM | Service Requested | D-001 | Sheriff - Including Copy Fee |
| 9 | 1/13/2026 9:16:30 AM | E-Docketed | | Service Return - Sheriff Return as to USAA Insurance Agency Inc; served |
| | 9-1  1/13/2026 | Service Return - Sheriff Return as to USAA Insurance Agency Inc; served | | |
| | 9-2  1/13/2026 | Transmittal | | |
| 10 | 1/21/2026 4:12:24 PM | E-Docketed | | Order - Case - VOLUNTARY RECUSAL ORDER |
| | 10-1  1/21/2026 | Order - VOLUNTARY RECUSAL ORDER | | |
| | 10-2  1/21/2026 | Transmittal - Mailed to USAA 1/21/26; LT | | |
| 11 | 1/22/2026 8:13:06 AM | Judge Assigned | J-20021 | Richard D. Lindsay |
| 12 | 1/22/2026 8:13:10 AM | E-Filed | | Notice of Judge Reassignment |
| | 12-1  1/22/2026 | Transmittal - Mailed to USAA Insurance Agency Inc. | | |